**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                 4:10CR00028-001  SWW

TERRELL LUNNIE                                                              DEFENDANT

## ORDER

The Court previously granted the unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for June 2, 2016.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***THURSDAY, JULY 14, 2016 AT 1:00 P.M. IN COURTROOM #389.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 2nd day of June 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE