**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                              NO. 4:10CR00028-001SWW

TERRELL LUNNIE                                                                                   DEFENDANT

### ORDER

The above entitled cause came on for hearing on government's petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's petitions to revoke the supervised release previously granted this defendant [doc #47 & #51] are **granted**, and the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **SIX (6) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant participate in a non-residential substance abuse treatment program during incarceration.

There will be **NO** supervised release to follow.

The defendant is eligible to self report to the designated facility by **noon on December 12, 2016** to begin the service of the sentence imposed.

IT IS SO ORDERED this 9th day of November 2016.

/s/Susan Webber Wright

United States District Judge